**No. 62171.**—Leon Kaufman, Inc., et al. *v.* United States, protests 892214–G, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items marked "G" or "K" consist of goatskins or kidskin plates and the items marked "L" of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 62172.**—China Man Way Fur Corp. *v.* United States, protests 947269–G, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items marked "K" consist of goatskin or kidskin plates and the items marked "L" of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 62173.**—Louis Denker et al. *v.* United States, protests 149466–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of kidskins or lambskins the same in all material respects as those the subject of *Joseph Rotberg & Co., Inc., et al.* v. *United States* (40 Cust. Ct. 22, C. D. 1952), the claim for free entry under paragraph 1681 was sustained.

**No. 62174.**—J. H. Bleistein & Co., Inc., et al. *v.* United States, protests 178860–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of kidskins or lambskins the same in all material respects as those the subject of *Joseph Rotberg & Co., Inc., et al.* v. *United States* (40 Cust. Ct. 22, C. D. 1952), the claim for free entry under paragraph 1681 was sustained.